USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN FINCHER,
                              Plaintiff,

              -against-

THE CITY OF NEW YORK, et al.,
                              Defendants.
------------------------------------------------------------X

19 Civ. 6206 (LGS)

<u>ORDER OF SERVICE</u>

LORNA G. SCHOFIELD, District Judge:

      To allow Plaintiff, who is proceeding *in forma pauperis*, to effect service on Defendant(s) through the U.S. Marshals Service, the Clerk of Court is instructed to send Plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each individual Defendant named within Plaintiff's Amended Complaint. (Docket No. 19). Within thirty days of the date of this order, Plaintiff must complete a USM-285 form for each individual Defendant and return those forms to the Court.

      If Plaintiff does not wish to use the Marshals Service to effect service, he must notify the Court in writing within thirty days of the date of this order and request that a summons be issued directly to him. If within thirty days, Plaintiff has not returned the USM-285 forms or requested a summons, the Court may dismiss this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      Upon receipt of each completed USM-285 form, the Clerk of Court shall issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon each Defendant.

      No matter what method of service Plaintiff chooses, he must effect service within 120 days of the date the summons is issued. It is Plaintiff's responsibility to inquire of the Marshals Service

as to whether service has been made and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If within 120 days of issuance of the summons, Plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute. Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: November 19, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE