**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAN FINCHER,

                    Plaintiff,

  -against-                                    19 **CIVIL** 6206 (MKV)

                                                    **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2021, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2021

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                           **Clerk of Court**
                               **BY:**                 K. Mango
                                                           _____
                                                           **Deputy Clerk**